UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | July 9, 2015 |
| **COURT REPORTER: TED FORMAROLI** | |
| | **Docket #** 15-cv-4200(RMB/AMD) |

**TITLE OF CASE:**

GLANDER INTERNATIONAL BUNKERING, INC. VS. M/V VENTA

**APPEARANCES:**

George Chalos, Esquire and Melissa Danielle Patzelt-Russo, Esquire for plaintiff

**NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE**

Telephone Conference Held.


Time commenced: 1:00 p.m.          Time Adjourned: 1:15 p.m.

                                                           Total 15 Minutes

                                                            s/ *Arthur Roney*
                                                           DEPUTY CLERK

**cc: Chambers**