UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GLANDER INTERNATIONAL BUNKERING, INC.,

Plaintiff,

- against -

M/V VENTA, IMO No. 9072749, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,

Defendant.

OCEANCONNECT MARINE INC.

and

OCEANCONNECT MARINE PTE. LTD.

Intervening Plaintiffs

v.

AB LIETUVOS JURU LAIVININKYSTE (Lithuanian Shipping Co)

Defendant

THE MASTER OF THE M/V VENTA,

Garnishee

15 CV 4200

**VERIFIED CLAIM OF INTEREST IN M/V VENTA**

SEB Bankas A.B., (hereinafter "Bank"), as mortgagee of the M/V VENTA, hereby claims an interest in the Vessel, which was arrested by Glander International Bunkering, Inc., on or about July 26, 2015.

The restricted appearance is made under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and is expressly limited to the defense of said interest in the M/V VENTA.

Dated: July 27, 2015
Southport, CT

Tisdale Law Offices, LLC

By: /s/ Timothy J. Nast

Timothy J. Nast
Tisdale Law Offices, LLC
60 East 42nd Street, Suite 1638
New York, NY 10165
Tel: 212-354-0025
Fax: 212-869-0067
*tnast@tisdale-law.com*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GLANDER INTERNATIONAL BUNKERING, INC.,

Plaintiff,

- against -

M/V VENTA, IMO No. 9072749, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,

Defendant.

OCEANCONNECT MARINE INC.

and

OCEANCONNECT MARINE PTE. LTD.

Intervening Plaintiffs

v.

AB LIETUVOS JURU LAIVININKYSTE (Lithuanian Shipping Co)

Defendant

THE MASTER OF THE M/V VENTA,

Garnishee

15 CV 4200

**VERIFICATION**

Timothy J. Nast, does hereby depose and state that:

1. I am an attorney in the law firm of Tisdale Law Offices, LLC.

2. I have been appointed to represent SEB Bankas A.B. ("Bank") with respect to the arrest of the M/V VENTA and the litigation captioned "Glander International Bunkering Inc. v. M/V VENTA, No. 1:15-CV-04200."

3. Bank is the holder of the first mortgage on the M/V VENTA.

4. To date, the owners of the vessel have not entered an appearance in this action.

5. As mortgagee, Bank has an interest in the vessel and in these proceedings.

6. The foregoing is true and correct to the best of my knowledge, information and belief, and is based on advices and documents provided by Bank.

7. I have been authorized by Bank to file this Verified Claim of Interest on its behalf.

8. The reason that I make this Verification is that Bank is located in Lithuania and has no offices within the District of New Jersey.

Dated: July 27, 2015
Southport, CT

Tisdale Law Offices, LLC

By: ______________________

Timothy J. Nast
Tisdale Law Offices, LLC
60 East 42nd Street, Suite 1638
New York, NY 10165
Tel: 212-354-0025
Fax: 212-869-0067
*tnast@tisdale-law.com*

Sworn to and subscribed
before me this 27th day of July, 2015

______________________
Notary Public

**CERTIFICATION OF SERVICE**

I hereby certify that on July 27, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s
Timothy J. Nast