

Three Stamford Plaza
301 Tresser Blvd 15th Floor, Stamford, CT 06901, USA
General  Email:  Bunkers@Oceanconnectmarine.com
+1 203 328 3117 - Direct
+44 207 553 6700 - UK Office
+82 2 754 8970 - Korea Office

**Invoice :** TRD17104
**Invoice Date :** 6-Mar-15

| Master and/or Owners and/or Charterers and/or Operators of Romuva |
|---|
| AB Lietuvos Juru Laivininkyste<br>Malunininku Street 3<br>Klaipeda<br> LT-92264<br>LITHUANIA |

| Vessel Name | Port | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Romuva | Houston | 6-Mar-15 | Net 60 DOD | 5-May-15 |

| Description | Quantity | Unit | Unit Price/US$ | /Unit | Amount US$ |
|---|---|---|---|---|---|
| RMG 380 - Sulphur max 3.50% (ISO 2005) | 340.000 | Metric Tons | 337.00 | M/T | 114,580.00 |
| Gas Oil (Sul 0.10%) | 100.000 | Metric Tons | 645.00 | M/T | 64,500.00 |
| Barging | 0.000 | | | | 8,855.00 |
| Barge Surcharge | 0.000 | | | | 2,125.20 |
| Harbor Fee | 0.000 | | | | 32.00 |
| Wharfage | 0.000 | | | | 127.60 |
| Security Fee | 0.000 | | | | 16.50 |

| | Total US$ | $190,236.30 |
|---|---|---|

We hereby irrevocably instruct you that the proceeds of this invoice are to be paid by Swift (MT103) to JPMorgan Chase Bank N.A., New York (SWIFT Code: CHASUS33 ABA# 021000021) in favour of account number 927642306, Oceanconnect Marine Inc., quoting the relevant transaction reference number detailed on this invoice.

Invoice amount must be paid free and clear of any deductions.
Late payment is subject to interest charges at 2% per month pro rated daily.

110865 - 47502

This transaction is subject to the terms and conditions of sale set forth at https://www.oceanconnectmarine.com/standard_terms_and_conditions.htm.
We assume this invoice to be correct unless we receive written notice from you within 14 days from the invoice date.

**Exhibit A OCM Inc. Statement**