

**Pte. Ltd.**

1 Temasek Avenue, 34-01 Millenia Tower
Singapore 039192 (Co. Reg No. 20-1025335-W)
+65 6880 8200 / +65 6536 8968 Fax
+1-914-328-5800 - US Office | +44 207 553 6700 - UK Office
+82 2 754 8970 - Korea Office

**Invoice :** TRD03114
**Invoice Date :** 23-May-15

| Master and/or Owners and/or Charterers of Romuva |
|---|
| AB Lietuvos Juru Laivininkyste (Lithuanian Shipping Co)<br>Malunininku Street 3<br>Klaipeda<br>Lithuania |

| Vessel Name | Port | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|
| Romuva | Port of Spain | 23-May-15 | Net 60 DOD | 22-Jul-15 |

| Description | Quantity | Unit | Unit Price | /Unit | Amount |
|---|---|---|---|---|---|
| RMG 380 - Sulphur max 3.50% (ISO 2005) | 350.001 | Metric Tons | $430.000 | M/T | $150,500.43 |

We irrevocably instruct you that the proceeds of this invoice are to be paid by swift (MT103) to Standard Chartered Bank, New York (SWIFT Code: SCBLUS33) for Credit to Standard Chartered Bank, Singapore (SCBLSGSG) for further credit to Account Number 0105017965 of Oceanconnect Marine Pte. Ltd., quoting the relevant transaction reference number detailed on this invoice.

Invoice amount must be paid free and clear of any deductions.
Late payment is subject to interest charges at 2% per month pro rated daily.
GST Registration Number: 20-1025335-W

| | |
|---|---|
| GST Sales Tax 7% | 0.00 |
| **Total** | USD 150,500.43 |

113010 - 54831

This transaction is subject to the terms and conditions of sale set forth at https://www.oceanconnectmarine.com/standard_terms_and_conditions.htm. We assume this invoice to be correct unless we receive written notice from you within 14 days from the invoice date.

**KINDLY TAKE NOTE OF THE NEW BANKING DETAILS**

**Exhibit B - OCM Ltd. Statement**