# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW & PROCTORS IN ADMIRALTY
1130 ROUTE 202 SOUTH, SUITE A7
RARITAN, NJ 08869
Telephone: (908) 393-5662
Fax (212) 465-8849

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER *

DARIO ANTHONY CHINIGO*

E-MAIL: INFO@HOFMANNLAWFIRM.COM
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

NEW YORK OFFICE:
360 WEST 31st STREET
NEW YORK, NY 10001
(212) 465-8840

OF COUNSEL:
ELIZABETH BLAIR STARKEY

*Also admitted in NY

August 7, 2015

Via ECF

Hon. Renee Marie Bumb
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:   Motion for Intervention by Vitalij Niolaicik, et al.
      Glander International Bunkering v. M/V Venta, IMO 9072749, her engines, freights, apparel, appurtenances, tackle, etc., In Rem
      15 Civ. 4200 (RMB)(AMD)
      Intervention by Crew Members

Dear Judge Bumb:

At the Marshal's request I herewith submit proposed amended documents to affect the arrest of the M/V VENTA on behalf of the crew, as per the court's prior order, with service permitted by email or telefax. No other changes are included. Provided are the following:

1. Proposed Amended Warrant of Arrest of Vessel (which includes permission to serve by email)

2. Proposed Amended Process of maritime attachment and garnishment (which includes permission to serve by email).

Kindly have issued the within documents so that we can request the Marshal to serve per the instructions therein.

Please have your clerk call me if you have any questions or concerns.

Very truly yours,

HOFMANN & SCHWEITZER

By: _____
Paul T. Hofmann

PTH/gh

enc.

c:    -All Counsel via ECF
      -US Marshal, via fax