GAWTHROP GREENWOOD, PC
Attorneys for National Maritime Services
Sandra L. Knapp
Stephen R. McDonnell
17 East Gay Street, Suite 100
P.O. Box 562
West Chester, PA 19381-0562
Telephone: (610) 696-8225

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Camden Division

GLANDER INTERNATIONAL BUNKERING,

     Plaintiff,

    -against-

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., *in
rem*,

     Defendant.

_____/

VITALIJ NIOLAICIK, et al.

    Intervening Plaintiffs,

    -against-

AB Lieutvos Juru Laivininkyste (Lithuanian
Shipping Co.)

     Defendant,

The Master of the M/V VENTA,

     Garnishee.

_____/

IN ADMIRALTY

NO. 1:15-CV-4200-RMB-AMD

2015 AUG 12 P 2: 31
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
CLERK
RECEIVED

## MOTION FOR PAYMENT OF CUSTODIAL EXPENSES

Appointed Substitute Custodian, National Maritime Services, through their attorneys, respectfully moves this Court for an Order that all outstanding custodial expense be paid prior to the release of the vessel from arrest and/or attachment and/or garnishment and as grounds therefore states as follows:

1. By Order dated June 25, 2015, this Court appointed National Maritime Services as Substitute Custodian for the motor vessel VENTA in place and stead of the United States Marshal. Dkt. # 8.

2. The vessel was subsequently arrested by the United States Marshal pursuant to a Warrant of Arrest issued by this Court and the United States Marshal transferred custody and control of the vessel to National Maritime Services. Dkt. # 9.

3. Since that time National Maritime Services has incurred expenses *in custodial legis* in the care, custody and safe keeping of the vessel and crew to the benefit of all Claimants and those claiming an interest in the vessel. *See attached*, National Maritime Services' Summary of Charges through August 11, 2015.

WHEREFORE, National Maritime Services, as the Court appointed Substitute Custodian, respectfully requests the Court enter an Order, proposed form attached, that all outstanding custodial expenses be paid prior to the release of the vessel from arrest and/or attachment and/or garnishment, in line with the requirement that all United States Marshal's fees and expenses be paid prior to release. *See*, Order Authorizing Issuance of Warrant of Arrest, dated June 25, 2015, Dkt. # 7.

2

Dated: August 12, 2015

Respectfully submitted,

GAWTHROP GREENWOOD, PC

SANDRA L. KNAPP (NJ Attorney ID
023601986)
STEPHEN R. McDONNELL (Attorney ID
035991994)
17 East Gay Street, Suite 100
P.O. Box 562
West Chester, PA 19381-0562
Telephone: (610) 696-8225
Facsimile:  (610) 696-7111
*Attorneys for National Maritime Services*



# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE

FORT LAUDERDALE, FLORIDA  33312

TELEPHONE:  (954) 990-1290

## SUMMARY OF CHARGES THROUGH AUGUST 11, 2015

CASE NUMBER: 1:15-cv-04200-RMB-AMD
VESSEL NAME: Venta
TYPE OF VESSEL: 1995 Bulk Carrier
STOCK NUMBER: 34435

| Date | Description | EST | Units | Unit cost | Amount | Handling Fees | Total |
|---|---|---|---|---|---|---|---|
| 6/30/2015 | Arrest coordination fee | | 1 | 1,950.00 | 1,950.00 | | 1,950.00 |
| 6/30/2015 | Watchman airfare Jacksonville, FL to Philadelphia, PA | | 1 | 266.00 | 266.00 | 39.90 | 305.90 |
| 6/30/2015 | Watchman ground transportation | | 1 | 46.00 | 46.00 | 6.90 | 52.90 |
| 6/30/2015 | Custodians Liability Insurance | | 1 | 590.00 | 590.00 | | 590.00 |
| 7/2/2015 | Docking pilot at Balzano terminal | | 1 | 582.00 | 582.00 | 87.30 | 669.30 |
| 7/2/2015 | Tugs for shift to Marcus Hook anchorage | | 1 | 2,000.00 | 2,000.00 | 300.00 | 2,300.00 |
| 7/2/2015 | Pilot for shift from terminal to Marcus Hook anchorage | ✓ | 1 | 750.00 | 750.00 | 112.50 | 862.50 |
| 7/13/2015 | 200 MT water including fuel surcharge | | 1 | 6,400.00 | 6,400.00 | 960.00 | 7,360.00 |
| 6/30/15-8/11/15 | Watchman per day | | 43 | 425.00 | 18,275.00 | | 18,275.00 |
| 6/30/15-8/11/15 | Daily custody fee | | 43 | 238.48 | 10,254.64 | | 10,254.64 |
| 7/20/2015 | Electrical motor for vessel air conditioner repair | | 1 | 3,298.40 | 3,298.40 | 494.76 | 3,793.16 |
| 7/20/2015 | Delivery of electrical motor to vessel | | 1 | 565.00 | 565.00 | 84.75 | 649.75 |
| 7/14/15-7/16/15 | Port agent first three days | | 1 | 1,500.00 | 1,500.00 | 225.00 | 1,725.00 |
| 7/17/15/15-8/11/15 | Port agent per day | | 26 | 200.00 | 5,200.00 | 780.00 | 5,980.00 |
| 7/22/2015 | Launch for pilot, shore to ship. Shifting anchorage as per USCG | | 1 | 450.00 | 450.00 | 67.50 | 517.50 |
| 7/22/2015 | Pilot for shift from Marcus Hook to Kaighn's Point anchorage | | 1 | 750.00 | 750.00 | 112.50 | 862.50 |
| 7/27/2015 | Tugs for shift from Kaighn's Point anchorage to Terminal | | 1 | 2,000.00 | 2,000.00 | 300.00 | 2,300.00 |
| 7/27/2015 | Docking pilot at Balzano terminal | | 1 | 582.00 | 582.00 | 87.30 | 669.30 |
| 7/27/15-7/29/15 | Dockage, 3786 per/day | | 3 | 3,786.00 | 11,358.00 | 1,703.70 | 13,061.70 |
| 7/27/15-7/29/15 | Line handlers | | 1 | 532.36 | 532.36 | 79.85 | 612.21 |
| 7/27/15-7/29/15 | Supervisor | | 1 | 65.12 | 65.12 | 9.77 | 74.89 |
| 7/29/2015 | Ring Maritime Services, security guards required by CBP at terminal (2) | | 1 | 1,170.00 | 1,170.00 | 175.50 | 1,345.50 |
| 7/29/2015 | Docking pilot from Balzano terminal | | 1 | 582.00 | 582.00 | 87.30 | 669.30 |
| 7/29/2015 | Tugs for shift from terminal to Kaighn's Point anchorage | | 1 | 2,000.00 | 2,000.00 | 300.00 | 2,300.00 |
| 7/28/2015 | Garbage removal | | 1 | 962.50 | 962.50 | 144.38 | 1,106.88 |
| 7/28/2015 | Sewage water transfer | | 1 | 2,025.00 | 2,025.00 | 303.75 | 2,328.75 |
| 7/28/2015 | Ring maritime services, escort/transport of sick crew member | | 1 | 1,526.25 | 1,526.25 | 228.94 | 1,755.19 |
| 7/28/2015 | Medical assistance for crew member Aleksandr Gavrilenko hospital fees. | ✓ | 1 | 5,000.00 | 5,000.00 | 750.00 | 5,750.00 |
| 7/29/2015 | Crew medication | | 1 | 244.72 | 244.72 | 36.71 | 281.43 |
| 7/29/2015 | Crew provisions | | 1 | 2,216.99 | 2,216.99 | 332.55 | 2,549.54 |
| 7/29/2015 | Crew provisions | | 1 | 399.54 | 399.54 | 59.93 | 459.47 |
| 7/30/2015 | Custodians Liability Insurance | | 1 | 590.00 | 590.00 | | 590.00 |
| **TOTAL CHARGES** | | | | | | | **92,002.30** |
| 6/22/2015 | Payment Receipt - Glander International Bunkering | | | | | | 5,000.00 |
| 7/10/2015 | Payment Receipt - Glander International Bunkering | | | | | | 11,905.36 |
| **BALANCE DUE** | | | | | | | **75,096.94** |

Revised 8/11/2015

GAWTHROP GREENWOOD, PC
Attorneys for National Maritime Services
Sandra L. Knapp
Stephen R. McDonnell
17 East Gay Street, Suite 100
P.O. Box 562
West Chester, PA 19381-0562
Telephone: (610) 696-8225

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### Camden Division

GLANDER INTERNATIONAL BUNKERING,

      Plaintiff,                IN ADMIRALTY

      -against-           NO. 1:15-CV-4200-RMB-AMD

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., *in
rem*,

      Defendant.

_____/

VITALIJ NIOLAICIK, et al.

      Intervening Plaintiffs,

      -against-

AB Lieutvos Juru Laivininkyste (Lithuanian
Shipping Co.)

      Defendant,

The Master of the M/V VENTA,

      Garnishee.

_____/

## CERTIFICATE OF SERVICE

I, Stephen R. McDonnell, Esq. hereby certify that on August 12, 2015, I caused the foregoing Motion for Payment of Custodial Expenses to be filed with the Court and mailed to all counsel of record via First Class Mail.

STEPHEN R. McDONNELL

/990558/1

2

GAWTHROP GREENWOOD, PC
Attorneys for National Maritime Services
Sandra L. Knapp
17 East Gay Street, Suite 100
P.O. Box 562
West Chester, PA 19381-0562
Telephone: (610) 696-8225

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## Camden Division

GLANDER INTERNATIONAL BUNKERING,

      Plaintiff,

IN ADMIRALTY

-against-

NO. 1:15-CV-4200-RMB-AMD

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., *in
rem*,

      Defendants.

_____/

VITALIJ NIOLAICIK, et al.

      Intervening Plaintiffs,

-against-

AB Lieutvos Juru Laivininkyste (Lithuanian
Shipping Co.)

      Defendant,

The Master of the M/V VENTA,

      Garnishee.

_____/

## **ORDER GRANTING MOTION FOR PAYMENT OF CUSTODIAL EXPENSES**

Upon the Motion of Court-appointed Substitute Custodian National Maritime Services' for Payment of Custodial Expenses, and the Court, having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

ORDERED that said Motion is hereby GRANTED.  The vessel shall not be released from arrest, attachment or garnishment without payment of outstanding custodial expenses.

SO ORDERED and SIGNED, this _____ day of August, 2015.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

All counsel of record

2