UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
GLANDER INTERNATIONAL BUNKERING,

                        Plaintiff,                  15 Civ. 04200 (RMB)(AMD)

   -against-

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., In Rem,

                        Defendant
------------------------------------------------------------------x
VITALIJ NIOLAICIK, DARIUS URBONAS, DARIUS
CERIAUSKAS, GAINTARAS JABLONSKIS, JEVGENJI
MATUIZO, JUOZAS DRUSKINIS, ALEKSEJ IIJIN,
ALEKSANDR ALEKSANDROV, ALBINAS LIAUSKA,
ROMAN KUZMICIOV, ROLANDAS KUBILIUS,
ALGIS LIMONTAS, OKTAI KURBANOV, DARIUS
VYSNIAUSKAS, ANTAOLIJ SAPESKO, ALEKSANDR
KAPLIN, ANDREJ GUZEROV, IGOR CHIZIN and
ALEKSANDR GAVRILENKO,

                      Intervening Plaintiffs,
   -against-

AB Lieutvos Juru Laivininkyste (Lithuanian Shipping Co.),

                      Defendant

The Master of the M/V VENTA,

                      Garnishee
------------------------------------------------------------------x

<u>AMENDED WARRANT FOR ARREST OF VESSEL IN REM</u>

UNITED STATES OF AMERICA     )
                                      )ss.:  15 Civ. 04200 (RMB)(AMD)
DISTRICT OF NEW JERSEY        )

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshall of the District of New Jersey-GREETING:

WHEREAS, a complaint in intervention has been filed in the United States District Court for the District of New Jersey on the 27th day of July, 2015, by Vitalij Niolaicik, et al., Plaintiffs, against the M/V VENTA, In Rem, upon a civil, admiralty and maritime claim for seizure, arrest and condemnation of said vessel for the reasons and causes in the said complaint mentioned and praying for process of warrant for the arrest of the said vessel and other property, and that all persons interested in the said vessel and other property may be cited in general and special to answer the premises; and all proceedings being had, that the said vessel may for the causes in the said complaint mentioned be condemned and sold to pay the demands of the plaintiffs;

You are therefore hereby commanded to arrest and attach the said vessel and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same of knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said complaint that they must file their claims with the Clerk of this Court within ten (10) days after the execution of this process or within such additional time as may be allowed by the Court and must serve their answers within twenty (20) days after the filing of their claims, and that you promptly after execution of this process file the same in this Court with your return thereon.

It is hereby ORDERED that service of this Warrant may be made by the Marshal by email to the Master of the M/V Venta at master.venta@amosconnect.com or telefax to the vessel.

WITNESS, THE HONORABLE RENEE MARIE BUMB, Judge of said Court, at Camden, New Jersey, in the District of New Jersey this 13th day of August, 2015.

, CLERK

DEPUTY CLERK

NOTE: Claimant is required to file claim in the Clerk's Office and to answer or except to said complaint within the times above fixed; otherwise the plaintiff may enter an interlocutory or final judgment as may be appropriate.

This warrant is issued pursuant to Rule C(3) of the Supplementary Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Intervening Plaintiffs' Counsel:    HOFMANN & SCHWEITZER
1130 Route 202 South, Suite A7
Raritan, New Jersey 08869
Tel: 212-465-8840    Fax: 212-465-8849
paulhofmann@hofmannlawfirm.com