[58]

HOFMANN & SCHWEITZER
Attorneys for Plaintiffs
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5661

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
GLANDER INTERNATIONAL BUNKERING,

                      Plaintiff,                15 Civ. 04200 (RMB)(AMD)

   -against-

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., In Rem,

                      Defendant
-----------------------------------------------------------------x
HOFMANN & SCHWEITZER,

                      Intervening Plaintiffs,

   -against-

AB Lieutvos Juru Laivininkyste (Lithuanian Shipping Co.),
M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., In Rem,

                      Defendants

The Master of the M/V VENTA,

                      Garnishee
-----------------------------------------------------------------x

**ORDER GRANTING EX-PARTE MOTION TO INTERVENE PURSUANT TO
FED. R. CIV. P. 24 AND LAMR (e)(10)
AND FOR ISSUE OF A WRIT OF MARITIME ATTACHMENT**

Upon considering the ex parte motion of Hofmann & Schweitzer pursuant to Fed. R. Civ.

P. 24 and LAMR (e)(10) to intervene in this action, and for issue of a writ pursuant to

Supplemental Admiralty and Maritime Rule B, and this Court having reviewed the Verified

Intervening Complaint and its supporting verification of Paul T. Hofmann dated August 10, 2015, finding that the conditions of Supplemental Admiralty Rule B appear to exist, this Court hereby:

**GRANTS** the motion, and

**ORDERS** that Hofmann & Schweitzer may intervene in this action, and file their verified intervening complaint; and further

**ORDERS**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to or being held for Defendant AB Lietuvos Juru Laivininkyste (Lithuanian Shipping Co)("LSC") by Garnishee the Master of the M/V VENTA ("Vessel") upon whom a copy of the Process of Maritime Attachment and Garnishment may be served, by facsimile transmission or email, in an amount of up to the amount demanded in the Verified Intervening Complaint pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED,** that any person claiming an interest in any property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated; and it is further,

**ORDERED,** that supplemental and further process specifying other or additional garnishees and enforcing the Court's Order may be issued by the Clerk without further Order of the Court; and, it is further,

**ORDERED,** that a copy of this Order be attached to and served with the initial service of the Process of Maritime Attachment and Garnishment upon each garnishee; and, it is further,

**ORDERED**, that any garnishee served with this Order, upon determining that it is in possession of any property which may be subject to this Order, shall, as soon thereafter as is practicable, advise the plaintiff of such details about the attachment as are reasonably available to it; and

**ORDERED** that the Marshal may serve this intervention order and writ of attachment and a copy of the Complaint in Intervention by email to the Substitute Custodian at gloprieto@yahoo.com, and Master of the Vessel at master.venta@amosconnect.com, and is not required to travel to the Vessel for physical service or the intervention order or writ.

Dated: August 13, 2015.

SO ORDERED:

*[signature]*

United States District Judge