HOFMANN & SCHWEITZER
Attorneys for Plaintiffs
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5661

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
GLANDER INTERNATIONAL BUNKERING,

                               Plaintiff,                  15 Civ. 04200 (RMB)(AMD)

   -against-

M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., In Rem,

                               Defendant
-----------------------------------------------------------------x
HOFMANN & SCHWEITZER,

                              Intervening Plaintiffs,

   -against-

AB Lieutvos Juru Laivininkyste (Lithuanian Shipping Co.),
M/V VENTA, IMO No. 9072749, her engines,
freights, apparel, appurtenances, tackle, etc., In Rem,

                               Defendants

The Master of the M/V VENTA,

                               Garnishee
-----------------------------------------------------------------x

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

TO GARNISHEE: The Master of the M/V VENTA

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEW JERSEY,

GREETINGS:

WHEREAS, Intervening Plaintiffs filed a Verified Intervening Complaint in the United States District Court for the District of New Jersey, with a claim against Defendant AB Lietuvos Juru Laivininkyste (Lithuanian Shipping Co)("LSC") by Intervening Plaintiffs Hofmann & Schweitzer, in an amount of at least $87,500.00(herein, the "Garnishment Amount"), with a prayer for process of marine attachment and garnishment against the property of said Defendant, accompanied by an Affidavit pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of affiant's knowledge, or on information and belief, the Defendant cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and

WHEREAS, the Court reviewed the Verified Original Complaint and Affidavit and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

NOW THEREFORE, we hereby do empower, strictly charge and command you, the said Marshal, (1) to cite and admonish Defendant if it be found in your District, to appear before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets Room 1050, Camden, NJ 08101, within the time prescribed by law, then and there to answer the aforementioned Verified Original Complaint, and to make their allegations in their behalf; and if the Defendant cannot be found in the District of New Jersey, (2) to cause service to be made on such garnishees or their agents in this District holding property including accounts of Defendant, garnishing any tangible or intangible personal property, including but not limited to the M/V VENTA, which belongs to, is the property of,

is held in a fiduciary capacity for, or is otherwise claimed by Defendant, in an amount up to the Garnishment Amount.

We do further hereby empower, strictly charge and command you, the said Marshal, to instruct Garnishee, and its agents, to maintain custody and possession of the tangible personal property, including, but not limited to any accounts, which belong to, is the property of, is held in a fiduciary capacity for, or is otherwise claimed by Defendant and having served the warrant to make due and prompt return.

We do further hereby empower, strictly charge and command you, the said Marshal, to execute this writ by serving via email the Garnishee at master.venta@amosconnect.com a copy of the complaint and process requiring the Garnishee to answer as provided in Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; or you may accept for payment into the registry of the Court the amount owed to the extent of the amount claimed by Plaintiff with interest and costs.

We do further empower, strictly charge and command you, the said Marshal, to notify the Defendant and Garnishees as follows:

(1) An attachment and garnishment has been filed pursuant to Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure against Defendant in this action;

(2) Garnishees are required to file with the Clerk of the United States District Court for the District of New Jersey, with copy to the Plaintiffs' attorneys, HOFMANN & SCHWEITZER 1130 Route 202 South, Ste A7, Raritan, NJ 08869 908-393-5662 within twenty-one (21) days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by Garnishees to Defendants; all property of Defendants in the possession, custody or control of Garnishees or to which the Garnishees hold legal title; all property which is held by Garnishees as fiduciary in which the Defendant has an interest; and whether any property attached is immune or exempt from attachment; unless, if intangible property is

attached, Garnishee provides to the Marshal for payment into the registry of the Court the amount owed to the extent of the amount claimed by Plaintiff with interest and costs, in which event Garnishee shall not be required to answer;

(3) Garnishees are required to promptly forward a copy of this Writ to Defendant;

(4) Defendant is required to file with the Clerk of the United States District Court for the District of New Jersey, with copy to the Plaintiffs' attorney, within thirty (30) days of service of this Writ, an answer to Plaintiff's Verified Original Complaint.

(5) A hearing of any objections which might be raised by Defendant, or the Garnishees herein, under Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure may be scheduled by calling the case manager of the United States District/Magistrate Judge in this case.

Witness, the Honorable Judge of the United States District Court for the District of New Jersey, this 13th day of August 2015.

United States District Clerk for the
District of New Jersey

By: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.