

**SIMMS·SHOWERS LLP**

INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

August 13, 2015

**BY CM/ECF**

Hon. Renee Marie Bumb
United States District Judge
United States District Court for the
 District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
 4th & Cooper Streets Room 1050
 Camden, NJ 08101

> Re: **Glander International v. M/V VENTA *et al.*
> Civil No. 15-4200**

Dear Judge Bumb:

    I am lead counsel for intervening plaintiffs Oceanconnect Marine, and have received by CM/ECf the Court's Order scheduling a hearing for 11:00 a.m. next Tuesday, August 18th.

    I was previously scheduled to appear and argue as lead counsel for our client Bominflot, at 10:00 a.m. next Tuesday, August 18th, however, in the United States Bankruptcy Court for the District of Connecticut, Bridgeport, in O.W. Bunker Holding North America Inc. and O.W. Bunker USA Inc., Case No. 14-51720.  A copy of that hearing notice, issued August 3, 2015, is herewith.

    I respectfully request that because of this conflict, that the Court reschedule the August 18th hearing.  I would offer to assist in re-setting the date and time, to get the further preferred dates/times for hearing from the Court, and coordinate those with all lead counsel.

    Thank you for considering this request.

    Respectfully Submitted,

    J. Stephen Simms

Herewith: U.S. Bankruptcy Court, District of Connecticut
    Hearing Notice, 10:00 a.m. August 18, 2015

201 INTERNATIONAL CIRCLE • BALTIMORE, MARYLAND 21030
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA