# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
August 3, 2015

In re:

    O.W. Bunker Holding North America Inc.
    Employer Tax−Identification No (EIN): 36−4747474

    O.W. Bunker North America Inc.
    Employer Tax−Identification No (EIN): 37−1707158
                              Debtor(s)

Case Number: 14−51720 ahws
Chapter: 11

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **August 18, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion to Determine Claim Status – for Entry of Order to Change Claim Amount Scheduled on 20 Largest Creditors List to Undisputed Filed by J. Stephen Simms on behalf of Bomin Bunker Oil Corporation, Creditor. (Simms, J.) (Re: Doc #757)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: August 3, 2015

For the Court

Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − sr

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the hearing, you should contact the Courtroom Deputy for the presiding judge.

Gary M. Gfeller, Clerk of Court